# The Supreme Court of South Carolina

DANIEL E. SHEAROUSE
CLERK OF COURT

BRENDA F. SHEALY
CHIEF DEPUTY CLERK

POST OFFICE BOX 11330
COLUMBIA, SOUTH CAROLINA 29211

803) 734-1080

FAX (803) 734-1499

September 6, 2007

Deputy Chief Attorney Wanda H. Carter
South Carolina Commission on Indigent Defense
P O Box 11589
Columbia, SC 29211

Re:   Singleton, Arthur v. State

Dear Counsel:

Enclosed is the Order denying your Petition for Writ of Certiorari and granting your Petition to be Relieved as Counsel in the above entitled matter.

The remittitur will be sent to the lower court as provided by Rule 221(b) of the South Carolina Appellate Court Rules.

Very truly yours,

CLERK

DES/jj

cc:   Arthur Singleton, #300109 – regular & certified mail
      Assistant Attorney General Paula S. Magargle (Lance Boozer)

# The Supreme Court of South Carolina

Arthur Singleton,					Petitioner,

v.

State of South Carolina,				Respondent.

---

ORDER

---

This matter is before the Court on a petition for a writ of certiorari following the denial of petitioner's application for post-conviction relief.

Petitioner's counsel asserts that the petition is without merit and requests permission to withdraw from further representation. Petitioner has not filed a pro se petition.

After careful consideration of the entire record as required by Johnson v. State, 294 S.C. 310, 364 S.E.2d 201 (1988), we deny the petition and grant counsel's request to withdraw.

_____ C. J.
FOR THE COURT

Columbia, South Carolina

September 6, 2007